**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**VINCENT COOPER**
**ADC #114449**                                                                                          **PLAINTIFF**

v.                                        Case No. 5:14-cv-00124 KGB/BD

**TAMMY COURTNEY, et al.**                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 38). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After careful review, the Court finds that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Court grants defendants' motion for summary judgment (Dkt. No. 31). The Court dismisses without prejudice plaintiff Vincent Cooper's claims against defendant Jonathan Martin. The Court dismisses with prejudice Mr. Cooper's claims against defendants Tammy Courtney, James Gibson, and Maurice Culclager. The relief requested is denied.

SO ORDERED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE