**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**VINCENT COOPER
ADC #114449**                                                                                                  **PLAINTIFF**

v.                                    Case No. 5:14-cv-00124 KGB/BD

**TAMMY COURTNEY, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged this case is hereby dismissed without prejudice as to plaintiff Vincent Cooper's claims against defendant Jonathan Martin and dismissed with prejudice as to Mr. Cooper's claims against defendants Tammy Courtney, James Gibson, and Maurice Culclager.

SO ADJUDGED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE